# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| April McMahon,<br>  Plaintiff,<br>vs.<br>MRS Associates Inc.; and Does 1-10 Inclusive,<br>  Defendants. | No. CV 12-381-TUC-RCC<br><br>**ORDER** |

Pursuant to the Notice of Stipulation to Dismiss filed by the parties and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this matter with prejudice, each settling party to bear its own attorney's fees and costs. The Clerk shall close its file on this matter.

DATED this 26th day of October, 2012.

Raner C. Collins
United States District Judge